UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: KBR, INC., BURN PIT LITIGATION  MDL No. 2083

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –13)**

On October 16, 2009, the Panel transferred 12 civil action(s) to the United States District Court for the District of Maryland for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 655 F.Supp.2d 1374 (J.P.M.L. 2009). Since that time, 43 additional action(s) have been transferred to the District of Maryland. With the consent of that court, all such actions have been assigned to the Honorable Roger W Titus.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Maryland and assigned to Judge Titus.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of Maryland for the reasons stated in the order of October 16, 2009, and, with the consent of that court, assigned to the Honorable Roger W Titus.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Maryland. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: KBR, INC., BURN PIT LITIGATION                                              MDL No. 2083

### SCHEDULE CTO−13 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA SOUTHERN | | | |
| CAS | 3 | 13−00660 | Arshadnia et al v. KBR, Inc. et al |